# EXHIBIT "A"



# EXHIBIT "B"



## Copyright
### United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Donna Trope 2021 Published Photo Collection
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶



*Donna Trope 2021 Published Photo Collection.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002286636 / 2021-12-03 |
| **Application Title:** | Donna Trope 2021 Published Photo Collection |
| **Title:** | Donna Trope 2021 Published Photo Collection. [Group registration of published photographs. 18 photographs. 2021-09-15 to 2021-09-15] |
| **Description:** | 18 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Donna Trope. Address: 1504 Brookhollow Dr, Suite 112, Santa Ana, CA, 92705, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-09-15 to 2021-09-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Donna Trope; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Great Bowery, Inc. dba Trunk Archive, licensing@trunkarchive.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in September 2021 (18 photographs): TRU3223138.jpg, TRU3223139.jpg, TRU3223140.jpg, TRU3223141.jpg, TRU3223142.jpg, TRU3223143.jpg, TRU3223144.jpg, TRU3223145.jpg, TRU3223146.jpg, TRU3223147.jpg, |

4/13/23, 9:36 AM                                    WebVoyage Record View 1

TRU3223148.jpg, TRU3223149.jpg, TRU3223150.jpg, TRU3223151.jpg,
TRU3223152.jpg, TRU3223153.jpg, TRU3223154.jpg, TRU3223155.jpg,

**Names:** Trope, Donna



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record ˅ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT "C"







