**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

DONNA TROPE
Plaintiff(s),

vs.

DYANA RASKIN AESTHETICS
Defendant(s).

ATTORNEY: HIGBEE & ASSOCIATES

CASE NUMBER: 1:26-CV-01866-PK

DATE OF FILING: 03/30/2026

COURT DATE: 07/17/2026

## AFFIRMATION OF SERVICE

I, Alexander James, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **4/8/2026** at **11:24 AM** at **ATTN: DYANA RASKIN, 31-19 Newtown Avenue, Ste 801, Astoria, NY 11102** Deponent served the **Summons in a Civil Action, Complaint for Copyright Infringement with Exhibits A-C, Notice of Option to Consent to Magistrate Judge Jurisdiction, So Ordered Initial Conference Order, Notice of Electronic Filing** upon **DYANA RASKIN AESTHETICS,** defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Anna Y** personally, a person who stated to be an authorized agent to receive process service for **DYANA RASKIN AESTHETICS**. Deponent knew said business so served to be the business described in said **Summons in a Civil Action, Complaint for Copyright Infringement with Exhibits A-C, Notice of Option to Consent to Magistrate Judge Jurisdiction, So Ordered Initial Conference Order, Notice of Electronic Filing** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Employee / aesthetician / Authorized to Accept** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **Asian** Hair: **Black** Age (Approx): **28** Height(Approx): **5'4"** Weight(Approx): **110-120 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

I affirm on 04/09/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Alexander James
License No. 1438821