**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA TROPE, | Case No. 1:26-cv-1866 |
| Plaintiff, | **DECLARATION OF TARYN R. MURRAY** |
| v. | |
| DYANA RASKIN AESTHETICS, | |
| Defendant. | |

The undersigned, Taryn R. Murray, declares as follows:

1.      I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Eastern District of New York. I am the attorney for the Plaintiff, Donna Trope, in the above-captioned action. I am over the age of 18 and not a party to the action.

2.      I make this Declaration, based upon personal knowledge, in support of Plaintiff's instant request for the entry of default against Defendant Dyana Raskin Aesthetics ("Defendant") pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

3.      This action was commenced pursuant to the rights, remedies, and causes of action provided under the United States Copyright Act, 17 U.S.C § 101 et

seq., 17 U.S.C. § 501, and other applicable provisions as referenced in the Complaint.

4.      Rule 4, Federal Rules of Civil Procedure, provides that service on a domestic limited liability corporation may be served by delivering a copy of the summons and complaint on any "agent authorized by appointment or by law to receive service of process" Fed. R. Civ. P. 4(h)(1)(B).

6.      On or about April 8, 2026, Defendant was timely served through an individual authorized to receive service of process with a Summons and copy of the Complaint in accordance with Fed. R. Civ. P. 4 (ECF 9).

7.      The time for Defendant to answer, plead, or otherwise respond to the Complaint has expired, and such time has not been extended.

8.      As of the date of this declaration, no answer has been filed with the Court on behalf of Defendant.

9.      I am informed and believe that Defendant is not an infant, nor incompetent, and that the Service Members Civil Relief Act of 2003 (50 U.S.C. App. § 501 et seq.) does not apply.

10.     Therefore, Plaintiff requests entry of default against Defendant Dyana Raskin Aesthetics.

2
MURRAY DECLARATION

I declare under penalty of perjury that the foregoing is true and accurate under the laws of the United States of America.

Dated: May 13, 2026                    Respectfully submitted,

**/s/ Taryn Rose Murray**
Taryn Rose Murray, Esq.
EDNY Bar No. 5888896
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave., Suite 200
N. Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
tmurray@higbee.law
*Counsel for Plaintiff*

MURRAY DECLARATION

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action.

On May 13, 2026, I caused to be served the foregoing documents, **REQUEST FOR ENTRY OF DEFAULT**, **DECLARATION OF TARYN R. MURRAY**, and **[PROPOSED] ENTRY OF DEFAULT** on Defendant Dyana Raskin Aesthetics as follows:

(BY MAIL) I deposited an envelope in the mail at Las Vegas, Nevada. The envelope was mailed with postage thereon, fully prepaid, and addressed to the person below:

DYANA RASKIN AESTHETICS
ATTN: Dyana Raskin
31-19 Newtown Avenue, Ste. 801
Astoria, NY 11102

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 13, 2026 at Las Vegas, Nevada.

Dated: May 13, 2026                    Respectfully submitted,

                                       **/s/Kei Fukunaga**
                                       **HIGBEE & ASSOCIATES**
                                       3110 W Cheyenne Ave Ste 200,
                                       North Las Vegas, NV 89032
                                       (714) 617-8310
                                       (714) 597-6729 fascimile

4
MURRAY DECLARATION