**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA TROPE,<br><br>        Plaintiff,<br><br>v.<br><br>DYANA RASKIN AESTHETICS,<br><br>        Defendant. | Case No. 1:26-cv-1866<br><br>**[PROPOSED] ENTRY OF DEFAULT** |

The undersigned, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Dyana Raskin Aesthetics, has not filed an answer or otherwise moved with respect to the Complaint filed herein. The default of defendant Dyana Raskin Aesthetics is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

WHEREFORE, the default of Defendant Dyana Raskin Aesthetics is hereby entered on this _____ day of _____ 2026.

              _____
              Clerk, United States District Court
              Eastern District of New York

[PROPOSED] ENTRY OF DEFAULT
